UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| FRANCES MOSBY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 3:04-0275 |
| v. ) | |
| ) | |
| STATE FARM MUTUAL AUTOMOBILE ) | |
| INSURANCE COMPANY, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Before this Court are Defendant State Farm Mutual Automobile Insurance Company's Motion for Summary Judgment (Doc. No. 13) as to each of Plaintiff's claims arising under Title VII of the Civil Rights Act of 1964 and the Tennessee Human Rights Act. Plaintiff filed a Response in Opposition to Defendant's Motion for Summary Judgment (Doc. No. 24) and Responses to Defendant's Statement of Undisputed Facts In Support of Defendant's Motion for Summary Judgment (Doc. No. 25), both filed under seal pursuant an Agreed Protective Order entered February 25, 2005 (Doc. No. 12). Defendant filed a Reply (Doc. No. 30) and a Response to Plaintiff's Statement of Additional Facts (Doc. No. 31), also filed under seal. For the reasons set forth in the accompanying Memorandum, the Court finds that there is no genuine issue of material fact and Defendant State Farm is entitled to a judgment as a matter of law as to each of Plaintiff's claims for discrimination, harassment and retaliation under Title VII and the Tennessee Human Rights Act. Therefore, Defendant State Farm's Motion for Summary Judgment is GRANTED and this case is DISMISSED. This is a final order pursuant to Fed. R. Civ. P. 58.

It is so ORDERED.

_____
Senior Judge Thomas A. Wiseman, Jr.
United States District Court for the
Middle District of Tennessee