UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

FRANCES MOSBY                              )
                                           )
v.                                         )        No. 3:04-0275
                                           )        JUDGE WISEMAN
STATE FARM MUTUAL AUTOMOBILE               )
INSURANCE COMPANY                          )

O R D E R

The above-styled case having been closed on October 13, 2005,

it is hereby ORDERED that:

( ✓ ) The party or parties who submitted material <u>under</u> <u>seal</u>
      (Docket Entry Nos. 15-17, 20, 24-26) shall retrieve the
      same within ten (10) days of the date of entry of this
      Order on the docket. If the material is not retrieved
      within the time specified, the Clerk is directed to
      destroy the material.

( ) The Clerk is directed to unseal the attached material
    and make them part of the record.

( ) The Clerk is directed to shred the attached sealed
    material.

( ) The Clerk is directed to maintain the attached material
    <u>under</u> <u>seal</u>.

THOMAS WISEMAN
UNITED STATES DISTRICT JUDGE